UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| TANAYA WILLIAMS, TINA BROOKS, and AMBRESHA LASTER, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CV422-005 |
| DANIEL CALDERON CARLO, QFS TRANSPORTATION, LLC, and AMTRUST NORTH AMERICA, INC., | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the parties' Rule 26(f) Report. Doc. 12. The District Judge requires that parties include the date of their Rule 26(f) Conference in the report. *See id.* at 1 (directing parties to "[i]dentify . . . the date of the Rule 26(f) Conference"). The report, however, does not indicate the date of the conference. *See id.* at 1-2. The Court cannot enter a scheduling order without that date, since the Federal Rules of Civil Procedure and the Local Rules require the Court to consider it when setting certain deadlines. *See, e.g., id.* at 6 ("Unless otherwise ordered, mandatory disclosures required by Federal Rule of Civil Procedure

26(a)(1) must be made within fourteen (14) days of the parties' Rule 26(f) Conference."); S.D. Ga. L. Civ. R. 26.1(d)(ii) ("[T]he plaintiff must furnish the expert witness reports required by Fed. R. Civ. P. 26(a)(2)(B) and provide the disclosures required by Fed. R. Civ. P. 26(a)(2)(C) within 60 days after the Fed. R. Civ. P. 26(f) conference . . ."). Accordingly, the parties are **DIRECTED** to submit a renewed Rule 26(f) Report within 7 days from the date of entry of this Order which includes all information required by the District Judge's form.

**SO ORDERED**, this 5th day of April, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA