IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TANAYA WILLIAMS; TINA BROOKS; and AMBERESHA LASTER, | |
| Plaintiffs, | CIVIL ACTION NO.: 4:22-cv-5 |
| v. | |
| PRO DISPOSAL, LLC; JOHN GLOVER, JR.; and EMPLOYERS MUTUAL CASUALTYCOMPANY, | |
| Defendants. | |

**O R D E R**

Before the Court is "Plaintiff's [sic] Dismissal With Prejudice" signed solely by counsel for Plaintiffs, wherein Plaintiffs state that "the parties herein . . . , pursuant to Rule 41(a)(1)(ii) [sic] of the Federal Rules of Civil Procedure, hereby dismiss the above-styled civil action WITH PREJUDICE." (Doc. 57.) Because the filing was not signed by all parties who have appeared and because Defendants have filed answers prior to dismissal, (see docs. 23, 25), Plaintiffs cannot dismiss the case without a Court order. See Fed. R. Civ. P. 41(a)(1) ("[T]he plaintiff may dismiss an action without a court order [only] by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared."). Accordingly, the Court construes the filing as a motion, pursuant to Federal Rule of Civil Procedure 41(a)(2), for dismissal "at the plaintiff's request . . . by court order, on terms that the court considers proper." The deadline for filing any sort of

response or objection to Plaintiffs' proposed dismissal has expired. Plaintiffs' filing did not propose or request any specific terms (other than that the dismissal be with prejudice and that each party shall pay its own fees and costs), and Defendants have not filed any sort of response opposing dismissal with prejudice or requesting any terms for the dismissal. Accordingly, the Court **GRANTS** the motion, (doc. 57), **DISMISSES** the action **WITH PREJUDICE**, with each party to pay its own fees and costs, and **DIRECTS** the Clerk to **CLOSE** the case.

    **SO ORDERED**, this 2nd day of August, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA